JAMES SCOTT, Respondent, *v.* SARAH G. CONWAY, Appellant.

A married woman apparently carrying on a separate business is held ·to
the truth of the appearance. If she has a dormant partner she can-
not interpose this as a defence in an action against her by one who
dealt with her in ignorance of the partnership. Nor is the rule changed
by the fact that the dormant partner is her husband. (JOHNSON, J.,
CHURCH, Ch. J., and ALLEN, J., concurring.)

(Submitted May 17, 1874; decided June 9, 1874.)

THIS was an action to recover for labor and materials.

The defendant and Frederic B. Conway, her husband, car-
ried on a theater under the name of "Mrs. F. B. Conway's
Brooklyn Theater," and were jointly interested therein. The
plaintiff furnished bill boards for the theater. He was ignor-
ant, until after the commencement of the action, that any
one, save defendant, had an interest in the business. *Held*,
as above.

*James Troy* for the appellant.

*Joseph M. Pray* for the respondent.

JOHNSON, J., reads for affirmance; CHURCH, Ch. J., and
GROVER, J., concur; ALLEN, J., concurs in result.

RAPALLO and ANDREWS, JJ., dissent; FOLGER, J., not
voting.

Judgment affirmed.